IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE YURSIK, | ) | Case No. 1:11-cv-01602 LJO JLT |
| Plaintiff, | ) ) | ORDER REFERRING MATTER TO VDRP |
| vs. | ) ) | |
| INLAND CROP DUSTERS INC., et al. | ) ) | |
| Defendants. | ) ) | |

Before the Court is the stipulation of the parties electing that the matter be referred to the Court's Voluntary Dispute Resolution Program. (Docs. 19, 22) Therefore, good cause appearing, the matter is **REFERRED** to the VDRP.

IT IS SO ORDERED.

Dated:   **December 16, 2011**            /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE