1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVE YURSIK,                      )   Case No. 1:11-cv-01602 LJO JLT
                                        )
12              Plaintiff,              )   ORDER REFERRING MATTER TO VDRP
                                        )
13        vs.                           )
                                        )
14   INLAND CROP DUSTERS INC., et al.   )
                                        )
15              Defendants.             )
     _____ )

16

17        Before the Court is the stipulation of the parties electing that the matter be referred to the

18   Court's Voluntary Dispute Resolution Program.  (Docs. 19, 22) Therefore, good cause appearing,

19   the matter is **REFERRED** to the VDRP.

20

21   IT IS SO ORDERED.

22   Dated:  __December 16, 2011__              _____/s/ Jennifer L. Thurston_____
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27