IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE YURSIK,<br><br>  Plaintiff,<br><br>vs.<br><br>INLAND CROP DUSTERS INC., et al.<br><br>  Defendants. | Case No.: 1:11-cv-01602 LJO JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND DATE TO COMPLETE MEDIATION PURSUANT TO VDRP<br><br>(Doc. 28). |

The parties have stipulated through their respective counsel to extend the time to complete mediation through the Court's Voluntary Dispute Resolution Program. (Doc. 28). The parties agree that the additional time is needed to obtain documents related to last year's and this year's crops so that the parties may have a meaningful mediation. The parties request to extend the time to complete mediation to August 20, 2012. Additionally, the parties represent that they have discussed the extension of time with the mediator and he agrees that the additional time would be beneficial. (Doc. 28).

///

///

///

///

///

Accordingly, it is HEREBY ORDERED that the time to complete mediation through the Court's Voluntary Dispute Resolution Program is extended to August 20, 2012.

IT IS SO ORDERED.

Dated:   **May 10, 2012**                             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE