# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE YURSIK,<br><br>        Plaintiff,<br><br>   vs.<br><br>INLAND CROP DUSTERS INC., et al.<br><br>        Defendants. | Case No.: 1:11-cv-01602 LJO JLT<br><br>ORDER TO THE PARTIES TO FILE A STATUS REPORT WITHIN 10 DAYS |

On December 16, 2011, the Court ordered this matter referred to its Voluntary Dispute Resolution Program. (Doc. 24) On May 10, 2012, at the request of the parties, the Court extended the mediation completion date to August 20, 2012. (Doc. 29) The parties represented that they needed additional time to obtain pertinent details related to the matter and to conduct additional mediation discussions. Id. Since that time, the Court has received no information about the status of the matter

///
///
///
///
///
///

1

**ORDER**

Within 10 days, the parties **SHALL** file a joint status report detailing the outcome of the mediation and the current status of the matter.

IT IS SO ORDERED.

| Dated: | **December 3, 2012** | /s/ Jennifer L. Thurston |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |