D. MITCHELL TAYLOR (SBN 109444)
LAW OFFICES OF D. MITCHELL TAYLOR
599 E Serena Street
Fresno, California 93720
Telephone: (559) 434-9025
Facsimile:   (559) 434-9026

Attorney for Plaintiff,
Steve Yursik

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE YURSIK ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> INLAND CROP DUSTERS INC, ) <br> JAY WILSON, an individual, and NOEL ) <br> WILSON, an individual, and Does ) <br> 1 through 20, inclusive. ) <br> ) <br> Defendants ) <br> ) | CASE  NO: 1:11-cv-01602-LJO-JLT <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE;  ORDER** |

     IT IS HEREBY STIPULATED, between plaintiff, Steve Yursik and defendants, Inland Crop Dusters Inc., Jay Wilson and Noel Wilson, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: December 13, 2012         **LAW OFFICES OF D. MITCHELL TAYLOR**

By:   */s/D. Mitchell Taylor*
     D. Mitchell Taylor, Attorney for Plaintiff,
     Gregory Willems

Dated: December 13, 2012         **FORD, WALKER, HAGGERTY & BEHAR**

By:   */s/Tina I. Mangarpan for*
     Jeffrey S. Behar for Defendants, Inland Crop
     Dusters, Inc., et al

**PURSUANT TO STIPULATION, the case is dismissed, and the Clerk of the Court is directed to term this case in its entirety.**

IT IS SO ORDERED.

**Dated:  December 19, 2012**         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE